# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL PALACE CONSTRUCTION LLC and HIGHBURY HOMES, LLC,<br><br>    Defendants.<br><br>v.<br><br>HIGHBURY TOWNHOMES OWNERS ASSOCIATION<br><br>    Intervenor-Defendant<br><br>GOTHAM INSURANCE COMPANY, New York insurance company,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL PALACE CONSTRUCTION LLC, a Washington limited liability company, HIGHBURY HOMES, LLC, a Washington limited liability company, and HIGHBURY TOWNHOMES OWNERS ASSOCIATION<br><br>    Defendants. | No. C15-2029 RSM<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

ORDER DISMISSING ACTION WITH PREJUDICE - 1
2:15-CV-02029 RSM

Murphy Armstrong & Felton LLP
701 Millennium Tower
719 Second Ave
Seattle, WA 98104
T/206-985-9770 F/206-985-9790

1   IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss Action with Prejudice is GRANTED.  All claims herein are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 12th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Murphy Armstrong & Felton

By */s/ James P. Murphy*
    James P. Murphy, WSBA #18125
    Tracy Y. Williams, WSBA #35239
Attorneys for Plaintiff Endurance American Specialty Insurance Company

Approved as to Form;
Notice of Presentation Waived

Gotham Insurance Company

By */s/ Donald J. Verfurth*
    Donald J. Verfurth, WSBA #15554
    Shannon L. Wodnik, WSBA #44998
Attorneys for Plaintiff Gotham Insurance Company

Socius Law Group PLLC

ORDER DISMISSING ACTION WITH PREJUDICE - 2
2:15-CV-02029 RSM

Murphy Armstrong & Felton LLP
701 Millennium Tower
719 Second Ave
Seattle, WA  98104
T/206-985-9770  F/206-985-9790

1  By */s/ Thomas F. Peterson*
      Thomas F. Peterson, WSBA #16587
2  Attorneys for Defendants Highbury Homes, LLC and Crystal Palace Construction LLC

3  Barker Martin PS

4

5

6  By */s/ Daniel E. Zimberoff*
      Daniel E. Zimberoff, WSBA #25552
      James L. Guse, WSBA #48876
7  Attorneys for Intervernor-Defendant Highbury Townhomes Homes Owners Association

ORDER DISMISSING ACTION WITH PREJUDICE - 3
2:15-CV-02029 RSM

Murphy Armstrong & Felton LLP
701 Millennium Tower
719 Second Ave
Seattle, WA  98104
T/206-985-9770  F/206-985-9790